FRANK B. BARRETT, Appellant, *v.* MAMARONECK HEIGHTS COMPANY, INC., Respondent.

(Argued October 2, 1930; decided October 21, 1930.)

*Alfred L. Becker, James J. Franc* and *Harter F. Wright* for appellant.

*Charles Foster Brown* and *Stephen G. Kent* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.